UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA** * CRIMINAL DOCKET NO. 06 - 301

**v.** * SECTION: "K"

**RUDOLPH JOHNSON** *

\* \* \*

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that the United States of America's Motion to Dismiss be **GRANTED**, and that the charges pending against the defendant **RUDOLPH JOHNSON** in this matter be and are hereby dismissed without prejudice.

New Orleans, Louisiana, this __27th__ day of ____January____, 2009.

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE